No. 11–6121.  ASH v. NISH ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 11–6124.  CHAVEZ v. GROUNDS, WARDEN.  C. A. 9th Cir. Certiorari denied.

No. 11–6151.  MCINERNEY v. LAKES CROSSING CENTER.  Sup. Ct. Nev.  Certiorari denied.

No. 11–6162.  CLARK v. TUCKER, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 11–6166.  GRAHAM v. FUERTES ROSARIO ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 11–6173.  HEFFERNAN v. HARRIS, DEPUTY DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTION, ET AL.  C. A. 8th Cir. Certiorari denied.

No. 11–6251.  WALKER v. MITCHELL COUNTY BOARD OF COMMISSIONERS.  Sup. Ct. Ga.  Certiorari denied.

No. 11–6252.  MUSLIM v. RICCI, ADMINISTRATOR, NEW JERSEY STATE PRISON, ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 11–6268.  TSOSIE v. GARRETT, WARDEN, ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 11–6292.  RODRIGUEZ v. LEWIS ET AL.  C. A. 5th Cir. Certiorari denied.

No. 11–6320.  THOMPSON v. UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 11–6343.  MALDONADO-GONZALES, AKA RIVERA-VEGA v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 11–6346.  WILLIAMS v. DREW, WARDEN.  C. A. 4th Cir. Certiorari denied.

